# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| THE ESTATE OF JACOB T. ZILIAK by and through its representative Cindy Ziliak, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO.: 3:24-CV-000133-RLY-CSW ) |
| VANDERBURGH COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant, Vanderburgh County Sheriff's Department ("County Defendant"), by counsel, Kahn, Dees, Donovan & Kahn, LLP, pursuant to Fed. R. Civ. P. 56 and S.D. Ind. L.R. 56-1, and moves the Court for Summary Judgment on the grounds that there are no issues of material fact and County Defendant is entitled to judgment as a matter of law as to all claims made by Plaintiff in their complaint. In support of this motion, County Defendant has filed contemporaneously herewith its Brief in Support of Motion for Summary Judgment, which contains a Statement of Material Facts not in Dispute, and a Designation of Evidence in Support of Motion for Summary Judgment designating the evidence that supports the facts set forth in the Brief.

WHEREFORE, Defendant, Vanderburgh County Sheriff's Department, by counsel, respectfully requests that the Court enter Summary Judgment in its favor and against the Plaintiff on all claims set forth in Plaintiff's Complaint, and that the Court grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

**KAHN, DEES, DONOVAN & KAHN, LLP**

By:    */s/Michael E. DiRienzo*
       Micheal E. DiRienzo, #22946-71

By:    */s/Brandon T. Curl*
       Brandon T. Curl, #37392-82

KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
Post Office Box 3646
Evansville, Indiana 47735-3646
Telephone: (812) 423-3183
Facsimile: (812) 423-3841
Email: mdirienzo@kddk.com
       bcurl@kddk.com

*Attorneys for County Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2025, I electronically filed and served the foregoing using the Court's CM/ECF filing system on the following:

Jeremy Wayne Schnepper
Schnepper Law
4 N.W. 2nd Street, Suite 3
Evansville, Indiana 47708
jeremy@jschnepperlaw.com

Brian M. Pierce
P.O. Box 1411
Muncie, Indiana 47308
brian@brianpiercelaw.com

      */s/Michael E. DiRienzo*
      Micheal E. DiRienzo, #22946-71